DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
NOV 01 2010
JEANNE G. QUINATA
CLERK OF COURT

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 09-00059-001 |
|---|---|
| Plaintiff, | |
| vs. | JUDGE and JURY NOTE |
| JI EON LEE, | |
| Defendant. | |

~~Dear~~ ~~the~~ Jury: Assuming you are all here tomorrow, I will recess your deliberation tomorrow morning from 8am to 9:30 am so you all can vote in the Election of our government officials. If some or all of you wish to attend All Soul's Day Services, I will recess for the entire day. I am very aware that All Souls Day services are engrained in our local culture. Both attorneys have no objection to this recess. Please let me know what you think.

_____, Foreperson James Moose
Chief Judge Tydingco-Gatewood

Date and Time Written: Nov. 1, 2010, 11:10 a.m.
Date and Time Received by ~~Court~~ Jury:
Date and Time Answered by ~~Court~~ Jury:

Dear Chief Judge Tydingco-Gatewood,
We all agree to recess for the entire day tomorrow in observance of All Soul's Day.

Dear Jurors,
Okay. Assuming you are still in deliberation tomorrow, we will recess Tuesday November 2nd, 2010. Please report to court 8:15 am on Wednesday morning, Nov. 3, '10 and begin deliberation at 8:30 am. Chief Judge Tydingco-Gatewood

Case 1:09-cr-00059    Document 86    Filed 11/01/10    Page 1 of 1