**THE VANDEVELD LAW OFFICES, P.C.**
*Mr. Curtis C. Van de veld, Esq.*
Restored Historic Dungca House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: Hagåtña Office 671.472.4396
    Home Office 671.477.2020
    Cellular 671.488.0888
    Facsimile: (671) 472-2561
Email: curtis@vandeveldlawguam.com or
    curtisguamlawyer@hotmail.com

**Attorney for Defendant:**
    **JI EON LEE**

# IN THE UNITED STATES OF AMERICA
# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR09-00059 |
| Plaintiff, | |
| vs. | **FIRST LIST OF WITNESSES SUBMITTED BY DEFENDANT JI EON LEE FOR RETRIAL and INDICATION OF TRANSCRIPT EXHIBIT FROM PRIOR TRIAL TESTIMONY OF WITNESS** |
| MELVIN DOUGLAS DAVIS, and JI EON LEE, | |
| Defendants. | |

COMES NOW court appointed counsel for indigent defendant JI EON LEE, **THE VANDEVELD LAW OFFICES, P.C.**, by Mr. Curtis C. Van de veld, Esq., to list the witnesses that Defendant intends to call during the presentation of the Defendant's defense and

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
UNITED STATES OF AMERICA, Plaintiff v. JI EON LEE Defendant  **Page 1**
*FIRST LIST OF WITNESSES SUBMITTED BY DEFENDANT JI EON LEE FOR RETRIAL* and
 INDICATION OF TRANSCRIPT EXHIBIT FROM PRIOR TRIAL TESTIMONY OF WITNESS

Case 1:09-cr-00059   Document 163   Filed 04/13/11   Page 1 of 3

case-in-chief. Defendant reserves the right to supplement this list as the presentation of the evidence indicates is desirable. Defendant incorporates herein by this reference all the witnesses listed by Plaintiff UNITED STATES OF AMERCIA and co-defendant MELVIN DOUGLAS DAVIS as though those persons' names were set forth here. Defendant reserves the right to testify on her own behalf. Defendant Ji Eon Lee also lists the following persons, to be called as witnesses:

1. William Reyes (transcript);
2. Vera Perez (transcript);
3. Shandice Calano (transcript);
4. Rick Mangham (transcript);
5. Paul Vasquez (transcript);
6. Mary Meeks (transcript);
7. Louie Sunga (transcript);
8. Helen Oh (transcript);
9. Ladd Baumann, Esq. Baumann, Kondas & Wu, PLLC, of Hagatna, Guam;
10. Judy Manahane (transcript);
11. Alan Sadhwani (transcript);
12. Benjamin Wada (transcript);
13. Chinwa Shen (transcript);
14. Melvin Davis;
15. Brent Tablan (transcript);
16. Kenneth Klocke (transcript);

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
UNITED STATES OF AMERICA, Plaintiff v. JI EON LEE Defendant **Page 2**
*FIRST LIST OF WITNESSES SUBMITTED BY DEFENDANT JI EON LEE FOR RETRIAL* and
 INDICATION OF TRANSCRIPT EXHIBIT FROM PRIOR TRIAL TESTIMONY OF WITNESS

Case 1:09-cr-00059 Document 163 Filed 04/13/11 Page 2 of 3

17. Woo Jo Lee (transcript);

18. Christine Jin (transcript);

19. Flora Santos (transcript);

20. Clayton Duvall (transcript);

21. David Huang (transcript).

DATED: this 13th day of April 2011.

**THE VANDEVELD LAW OFFICES, P.C.**

/ s /

**Mr. Curtis C. Van de veld, Esq.**
Court Appointed Counsel for defendant
JI EON LEE

## Certificate Of Service

I, Curtis C. Van de veld, Esq., hereby certify that I caused a true and correct copy of the preceding pleading to be served to be served on April 13, 2011 to:

Counsel for Plaintiff United States of America
Ms. Karon V. Johnson, Esq.
Assistant United States Attorney
Office of the United States' Attorney for the District of Guam
Sirena Plaza Bldg., Sixth Floor, 108 Hernan Cortes Avenue, Hagåtña, Guam 96910,

DATED: this 13th of April 2011.

**THE VANDEVELD LAW OFFICES, P.C.**

/ s /

**Mr. Curtis C. Van de veld, Esq.**
Court Appointed Counsel for defendant
JI EON LEE

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
UNITED STATES OF AMERICA, Plaintiff v. JI EON LEE Defendant **Page 3**
*FIRST LIST OF WITNESSES SUBMITTED BY DEFENDANT JI EON LEE FOR RETRIAL* and
INDICATION OF TRANSCRIPT EXHIBIT FROM PRIOR TRIAL TESTIMONY OF WITNESS

Case 1:09-cr-00059  Document 163  Filed 04/13/11  Page 3 of 3